# EXHIBIT 3

**888 Brickell Owner LLC**
**"Owner"**
**104 5th Avenue, 9th Floor, New York, NY 10011**

**CONSULTANT ADDITIONAL SERVICE REQUEST "ASR"**

| | |
|---|---|
| **Consultant/Address:** | **Date:** 06/28/24 |
| LL&Co | **Project:** **888 Brickell** |
| 15 Argall Avenue | Agreement For: Renderings & Motion |
| Leyton, London E10 7QE | **Budget Category:** |
| | Marketing |

| | | |
|---|---|---|
| **ASR #** | **ADDITION** | The terms and conditions of the original Agreement for the |
| LL-004 | TO AGREEMENT AMOUNT | above work shall govern this Additional Service Request. |
| Reference: | VR Production Additions | |

It is mutually agreed that the Agreement between 888 Brickell Owner LLC and LL&Co dated September 11th, 2021 (the "Agreement") is hereby amended as follows.

| | **Description:** | **Value:** |
|---|---|---|
| | L70-L71 Duplex Penthouse - Green; Added scene to be modelled for VR | $ 71,016.00 |
| | HD Rendered Walkthroughs of previously created scenes (5 total, 10 seconds each) | $ 50,875.00 |
| | Gameable file exports of (5x) previously created scenes, screen ready | Included |
| | Total Increase | $ 121,891.00 |
| | Original Agreement Value | $ 56,580.00 |
| | Total Previous Changes by ASR | $ 404,705.00 |
| | **Revised Agreement Value** | **$ 583,176.00** |

Through acceptance of this ASR, Consultant acknowledges that it has reviewed the progress of the Work related to Project and the potential impact of the revised work on the progress of the project in the future. As a result, this ASR includes compensation to Consultant for any and all effects, delays, inefficiencies or similar demands associated with this Project and the Consultant recognizes that there is no basis for any such claim in the future.

It is agreed between the parties that all other terms and conditions of the referenced Agreement remain unchanged and apply with full force and effect, and that all costs to maintain the original Agreement schedule with the inclusion of the adjusted scope of work as set forth by this ASR are included with lump sum ASR amount stated herein.

In consideration of the above, the amount of your Agreement will INCREASE by ONE HUNDRED TWENTY ONE THOUSAND EIGHT HUNDRED NINETY ONE DOLLARS AND NO CENTS ($121,891.00). This includes the costs of all appropriate taxes, bonding, and insurance applicable.

Contractor agrees that to the extent this ASR is issued for work that is subsequently discovered to be part of the scope of the base Agreement, then Construction Manager shall be entitled to an equitable adjustment to the Revised Agreement Value for such work Contractor was to perform pursuant to the base Agreement, which shall include, but not be limited to, withholding funds, deducting against retainage, and/or crediting against any amounts previously paid to Contractor. To the extent that all of the work set forth in this ASR is subsequently discovered to be part of the scope of the base Agreement, then this ASR shall automatically become null and void and Contractor shall not be entitled to any additional compensation.

Please acknowledge your acceptance of this ASR by signing in the space provided below and returning two (2) copies to us for execution on our behalf, after which one (1) copy will be returned to you for your records. ASR is not valid until signed by three parties of Owner. Photographic or electronic copies of such signed counterparts may be used in lieu of the originals for any purpose.

Consultant Acceptance:

Lewis Quinn - LL&Co [signature] Date: 08-07-2024

Owner Acceptance:

Marci Clark
888 Brickell Owner LLC

Michael Stern
888 Brickell Owner LLC

P-24-208 JDS
888 Brickell VR

11 June
2024

Prepared by
Lewis Quinn

# LL&Co.

# P-24-208B JDS
# 888 Brickell VR
# 11 June 2024

Updates to scope following in person demo.

## Major 888 VR
## Production budget

Hold on additional material interactions for now; Design underway, more staging and accessories on the way, we will execute when palettes are finalized

replace with "gameable", "game controller" file exports

| | | | | | 1<br>Project commencement | 2<br>Stage 2 Completion (Chalk version of VR scene complete) | 3<br>Stage 4 Completion (VR walkthrough draft complete) | 4<br>Stage 5 /Project Completion + Training |
|---|---|---|---|---|---|---|---|---|
| | | | | | 40% | 30% | 20% | 10% |
| 6 | Residence 55-77A - Material Interaction | ~~38,000~~ | ~~1~~ | ~~38,000~~ | 15,200 | 11,400 | 7,600 | 3,800 |
| 7 | L70-71 Duplex penthouse - Green | 71,016 | 1 | 71,016 | 28,406 | 21,305 | 14,203 | 7,102 |
| 8 | ~~PRE RECORD route within the headset scenes~~ | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| 9 | Rendered walk through HD 1080p H.264 Mp4 (10 seconds) | 10,175 | 5 | 50,875 | 20,350 | 15,263 | 10,175 | 5,088 |
| 10 | Output for D&G immersive cube. TBC | | | | | | | |
| | | | | ~~159,891~~ | 63,956 | 47,967 | 31,978 | 15,989 |
| | **Production Total** | | | ~~**US$159,891.00**~~ | **US$63,956.40** | **US$47,967.30** | **US$31,978.20** | **US$15,989.10** |
| | | | | £126,314 | £50,526 | £37,894 | £25,263 | £12,631 |
| | | | | $121,891.00 | $48,756.40 | $36,567.30 | $24,378.20 | $121,89.10 |

We have allowed for one output of the VR experience. The QUEST 2 headset. Additional uses and outputs require additional work and budget, the scope for additional output TBC.



LL&Co.

## Residence 55-77A

### x21 new material palette options

hold for future execution

| OPTION | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Kitchen / living | Gold | Green | Black | White | | |
| Primary Bath | Panda | Black | Gold | | | |
| Lock out Bath | Gold | Black | Panda | Green | | |
| Powder Room | Black | Gold | Panda | Green | | |
| Bedroom | Green | Zebra | Leopard | Black | White | Gold |
| Lock out Bedroom | White | Black | Gold | Zebra | Leopard | Green |






LL&Co.

# L70-71 — NEW SCENE
Green Palette? Please pick palette for each space. ✓






## Major 888 VR
## Production budget

| | | | | | | 1 Project commencement | 2 Stage 2 Completion (Chalk version of VR scene complete) | 3 Stage 4 Completion (VR walkthrough draft complete) | 4 Stage 5 /Project Completion + Training |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 40% | 30% | 20% | 10% |
| 1 | NEW | Residence 55-77A | 71,016 | 100% | 71,016 | 28,406 | 21,305 | 14,203 | 7,102 |
| 2 | UPDATE | L14 Pool Deck and Outdoor Dining | 70,158 | 60% | 42,095 | 16,838 | 12,628 | 8,419 | 4,209 |
| 3 | NEW | Event Space (Ballroom) | 70,158 | 100% | 70,158 | 28,063 | 21,047 | 14,032 | 7,016 |
| 4 | UPDATE | L2 Lobby + Lounge | 71,874 | 70% | 50,312 | 20,125 | 15,094 | 10,062 | 5,031 |
| 5 | UPDATE | L1 Approach and Entry Sequence (includes porte cochere, lower lobby) | 74,316 | 80% | 59,453 | 23,781 | 17,836 | 11,891 | 5,945 |
| | | | 357,522 | | 293,033 | 117,213 | 87,910 | 58,607 | 29,303 |
| | | | | | 64,489 | | | | |
| | | **Production Total** | US$357,522.00 | | **US$293,033.40** | **US$117,213.36** | **US$87,910.02** | **US$58,606.68** | **US$29,303.34** |
| | | | | | £231,496 | £92,599 | £69,449 | £46,299 | £23,150 |

You can see that in the percentage number on the update items, this is th[illegible]e of t[illegible]ork that needs [illegible]e re[illegible] what[illegible]2

C[illegible]are based on all wor[illegible]ng produced c[illegible]urre[illegible]

W[illegible]ve allowed for one o[illegible]t of the VR exp[illegible]ence [illegible] QU[illegible]2 headset. Additio[illegible]ces and out[illegible]equ[illegible] addi[illegible]get, [illegible]tional [illegible]ut TBC.

CURRENT



LL&Co.

## Additional considerations

### Travel and Training

| | | | |
|---|---|---|---|
| Demo trips to US | 18,200 | 1 | 18,200 |
| Install & training | 21,300 | 1 | 21,300 |
| Remote support 6 Months | 1,500 | 6 | 9,000 |
| Additional hardware contingency | 10,000 | 1 | 10,000 |
| | | | 58,500 |

| | |
|---|---|
| **Travel, Training & Setup Estimate** | **US$58,500** |

Estimated travel, trains and setup costs. We have added a hardware contingency, but un[illegible]dwa[illegible] supplied inst[illegible]nd servi[illegible] by [illegible]V supplier.

T[illegible]l costs tbc ad hoc.

R[illegible]e support cost to b[illegible]ewed wh[illegible]uirements [illegible]ve b[illegible]greed.

| **Additional rendered deliverables created using the Unreal VR scenes** | | 1.3 |
|---|---|---|
| Rendered walk through HD 1080p H.264 Mp4 (10 seconds) | £7,650 | US$10,175 |
| Game controller and a large format screen output HD 1080p | £14,400 | US$19,152 |
| Output for D&G immersive cube. | £7,200 | US$9,576 |
| R&D development for additional output and consultation. (10 days) | £7,200 | US$9,576 |
| Still Image | £1,975 | US$2,627 |
| Still Vignette Detail | £1,975 | US$2,627 |
| 360VR Panorama Image | £2,650 | US$3,525 |
| Animated Clip (3s) | £2,550 | US$3,392 |
| Film Edit (60 seconds) | £4,150 | US$5,520 |
| M[illegible] | TB[illegible] | TBC |
| A[illegible]l photog[illegible]y | N/[illegible] | N/A |
| D[illegible]uxo | N/[illegible] | N/A |
| S[illegible]t Le[illegible]otograp[illegible] | N/[illegible] | [illegible]/A |

| **Title** | **Rate (Day)** | 1.3 |
|---|---|---|
| Principle Director | £720 | US$936 |
| Senior Artist | £540 | US$702 |
| Senior Developer | £600 | US$780 |
| Senior Modelmaker | £480 | US$624 |
| Artist | £420 | US$546 |
| Modelmaker | £360 | US$468 |
| Developer | £420 | US$546 |
| Account Director | £420 | US$546 |

Photography – day rates range from £750 through to £3,000 for a specialist in architectural photography.

Digital Modelling – costs are charged per model rather than per day and vary according to complexity. In our experience FF&E models range between £300 and £750 .

[illegible]elopment cost on day rate [illegible] to be agreed beforehand.

CURRENT

Thank you

# LL&Co.