**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:26-cv-21681-RKA

LL-LDN Ltd d/b/a LL&Co.,
a United Kingdom Limited Company,

Plaintiff,

vs.

888 Brickell Owner LLC,
a Delaware Limited Liability Company,

Defendant. /

**DEFENDANT'S NOTICE OF CITIZENSHIP**

Pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Scheduling Mediation, and Referring Certain Matters to Magistrate Judge dated May 7, 2026 [D.E. 15], Defendant, 888 Brickell Owner LLC ("Defendant"), a Delaware limited liability company with its principal place of business in New York, NY, by and through undersigned counsel, hereby files and gives notice specifying the citizenship of its members, as follows:

1. Defendant's sole Member, 888 Brickell Mezz LLC, is a Delaware Limited Liability Company, with its principal place of business in Miami, Florida.

Respectfully submitted,

By: */s/Loren Y. Yudovich*

KAYLIN S. GREY
Florida Bar No. 75344
Kaylin.Grey@wilsonelser.com
LOREN Y. YUDOVICH
Florida Bar No. 123971
Loren.Yudovich@WilsonElser.com
**Wilson Elser Moskowitz Edelman & Dicker LLP**
100 Southeast Second Street, Suite 2100
Miami, FL 33131-2126
Tel: (305) 374-4400
Fax: (305) 579-0261

***Attorneys for Defendant, 888 Brickell Owner LLC***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 21, 2026, a true and correct copy of the foregoing was served through the Court's CM/ECF filing System and Notice of Electronic Filings on All Counsel of Record.

By: */s/ Loren Y. Yudovich*
Loren Y. Yudovich